# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **KRAUSE & MANAGAN LUMBER CO** | **CASE NO. 2:19-CV-01406** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CHEVRON U S A INC ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Chevron U.S.A., Inc.'s Rule 12(B)(6) Motion to Dismiss (Rec. 11) is **DENIED.**

**THUS DONE AND SIGNED** in chambers on this 5th day of March, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**